DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARRY ROSENTHAL,** as trustee of
**THE BARRY ROSENTHAL REVOCABLE TRUST UAD 11-17-2009,**
and **MARCIA ROSENTHAL,** as trustee of
**THE MARCIA ROSENTHAL REVOCABLE TRUST UAD 11-17-2009,**
Appellants,

v.

**EQUUS PROPERTY OWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2025-0111

[February 5, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 502018CC008141.

Scott A. Weires of Murdoch Weires PLLC, Boca Raton, for appellants.

Alan B. Rose, Gregory S. Weiss, and Carly M. Weiss of Taft Stettinius & Hollister LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***